■ JEROME HAT CORP., Respondent, v LOU TEMCO UNIFORMS, INC., Defendant and Third-Party Plaintiff-Appellant. TRIPLE S. UNIFORMS et al., Third-Party Defendants-Respondents.—Order, Supreme Court, New York County, entered on May 25, 1979, unanimously affirmed for the reasons stated by Chananau, J., at Special Term. Plaintiff-respondent and third-party defendants-respondents shall recover of appellant $50 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Ross and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CIRINO SALERNO, Also Known as CHARLES SALERNO, Appellant.—Judgment, Supreme Court, New York County, rendered on August 3, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to the CPLR 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Fein, Ross and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERANFEL LOPEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 22, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Ross and Markewich, JJ.

■ BETTY CHOLST, Respondent, v SHELDON CHOLST, Appellant.—Order, Supreme Court, New York County, entered on July 23, 1979, unanimously affirmed, without costs and without disbursements, and without prejudice to any proceeding testing the right to arbitration in the action. No opinion. Concur—Kupferman, J. P., Sandler, Markewich, Silverman and Carro, JJ.

■ PHILIP D. RYAN, Respondent, v MARGARET DAVIS, Formerly Known as MARGARET D. RYAN, Appellant.—Order, Supreme Court, New York County, entered on May 18, 1979, unanimously affirmed, without costs and without disbursements. Appeal from order of said court entered on April 25, 1979 unanimously dismissed, without costs and without disbursements, as said order was superseded by the order entered on May 18, 1979. No opinion. Concur—Kupferman, J. P., Sandler, Markewich, Silverman and Carro, JJ.